**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

MONICA VELASQUEZ,

    Plaintiff,

V.

ANN TAYLOR RETAIL, INC.,
AND JOHN DOES I-II,

    Defendants.

Case No.:

## NOTICE OF REMOVAL

COMES NOW Defendant Ann Taylor Retail, Inc. ("Defendant"), and Petitions for Removal of the action herein from the State Court of Gwinnett County, Georgia to the United States District Court for the Northern District of Georgia, Atlanta Division and respectfully shows the Court the following:

1.

Plaintiff Monica Velasquez ("Plaintiff") filed a civil action in the State Court of Gwinnett County, Georgia, styled *Monica Velasquez v. Ann Taylor Retail, Inc., and John Does I-II*, Civil Action File No. 21-C-00428-S5.  (Attached as Exhibit "A" are copies of all process, pleadings, and orders received by counsel for Defendant in such action).

2.

This Notice of Removal is filed within thirty (30) days of service upon Defendant. Defendant was served with this action on February 17, 2021 and consents to removal.

3.

The State Court of Gwinnett County, Georgia is within the Northern District of Georgia, Atlanta Division, and removal to this Court is proper pursuant to 28 U.S.C. § 1441(a).

4.

Attached as Exhibit "B" is a copy of the Notice of Filing Notice of Removal that is being filed with the State Court of Gwinnett County as required by 28 U.S.C. § 1446(d).

5.

Plaintiff in this action is Monica Velasquez who is a citizen of the State of Georgia.

6.

Ann Taylor Retail, Inc. is corporation that is incorporated in Florida with its principal place of business in New Jersey. Defendant is incorporated in a State

other than Georgia and has its principal place of business in a State other than Georgia. Defendant is not a citizen of Georgia.

7.

Complete diversity of citizenship exists between the parties in this case.

8.

Plaintiff's Complaint seeks to recover for injuries from a burn. It is alleged that the second-degree burn has resulted in hyperpigmentation to the left forearm. She alleges, therefore, an ongoing cosmetic injury. She also alleges pain in her arm that has not been relieved by medical care. She claims ongoing residual effects from the injury and alleges pain and suffering "which is anticipated to continue into the indefinite future." (Second Amended Complaint, ¶¶ 23-27). Based on the alleged damages the amount in controversy in this case exceeds $75,000.[1] (See Affidavit of Stevan Miller attached as Exhibit C).

9.

Therefore, this action is one over which this Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332, in that (a) Plaintiff and Defendant are citizens of

---

[1] While the amount in controversy satisfies the requirements for removal, Defendant does not concede that it is liable to Plaintiff as alleged in the Complaint and reserves all defenses including those related to Defendant's bankruptcy proceeding, *In re: Ascena Retail Group, Inc., et. al.,* Case No. 20-33113-KRH, United States Bankruptcy Court, Eastern Dist. of Virginia, Richmond Division.

different states, and (b) the matter in controversy has a value, exclusive of interest and costs, in excess of $75,000.

10.

Defendant reserve all defenses, including those of service, sufficiency of process, venue, personal jurisdiction and bankruptcy, and will answer or present other defenses within the time permitted by Federal Rule of Civil Procedure 81(c).

WHEREFORE, Defendant prays that this Petition be filed, that said action be removed to and proceed in this Court, and that there be no further proceedings in said case in the State Court of Gwinnett County, Georgia.

The undersigned has read this Notice of Removal, and to the best of his knowledge, information and belief, formed after reasonable inquiry, determined it is well-grounded in fact, is warranted by existing law, and is not interposed for any improper purpose, such as to harass or to cause unnecessary delay or needless increase in the cost of litigation.

The undersigned reserves the right to amend or supplement this Notice of Removal.

WHEREFORE, these Defendant respectfully remove this action from the State Court of Gwinnett County, Georgia to this Court under 28 U.S.C. §§ 1332, 1441, and 1446.

- 5 -

Respectfully submitted this 19th day of March, 2021.

                          DREW ECKL & FARNHAM, LLP

                          *s/ Stevan A. Miller*
                          Stevan A. Miller
                          ***Georgia Bar No. 508375***

303 Peachtree St. NE, Suite 3500
Atlanta, Georgia 30308
Telephone: (404) 885-1400
E-mail: smiller@deflaw.com
***Attorneys for Defendant Ann Taylor Retail, Inc.***

## CERTIFICATE OF FONT COMPLIANCE

Counsel for Defendant Ann Taylor Retail, Inc. hereby certify that the forgoing has been prepared with one of the font and point selections approved by the Court in LR 5.1(B): Times New Roman (14 point).

This 19th day of March, 2021.

                                                          DREW ECKL & FARNHAM, LLP

                                                          *s/ Stevan A. Miller*
                                                          Stevan A. Miller
                                                          ***Georgia Bar No. 508375***

303 Peachtree St. NE, Suite 3500
Atlanta, Georgia 30308
Telephone: (404) 885-1400
Facsimile: (404) 876-0992
E-mail: smiller@deflaw.com
***Attorneys for Defendant Ann Taylor Retail, Inc.***

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| MONICA VELASQUEZ,<br><br>  Plaintiff,<br>V.<br><br>ANN TAYLOR RETAIL, INC.,<br>AND JOHN DOES I-II,<br><br>  Defendants. | Case No.: |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am counsel for Defendant Ann Taylor Retail, Inc. and that I have this day served the foregoing *Notice of Removal* upon all parties to this matter by filing with the Court's CM/ECF system, which will automatically e-mail notification of same and by U.S. Mail to the following counsel of record:

> Kathryn F. Burmeister
> Burmeister Law Firm, LLC
> 300 Colonial Center Parkway, Suite 100
> Roswell, Georgia 30076
> kathryn@burmeisterlawfirm.com

This 19th day of March, 2021.

> *s/ Stevan A. Miller*
> Stevan A. Miller
> ***Georgia Bar No. 508375***

303 Peachtree St. NE, Suite 3500
Atlanta, Georgia 30308
Telephone: (404) 885-1400
Facsimile: (404) 876-0992
E-mail: smiller@deflaw.com
***Attorneys for Defendant Ann Taylor Retail, Inc.***