**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| MONICA VELASQUEZ,<br><br>    Plaintiff,<br><br>               v.<br><br>ANN TAYLOR RETAIL, INC. and JOHN DOES I-II,<br><br>    Defendants. | Civil Action No.<br>1:21-cv-01137-SDG |

**ORDER**

This matter is before the Court on a joint motion to remand filed by Plaintiff Monica Velasquez and Defendant Ann Taylor Retail, Inc. (Ann Taylor) [ECF 10]. On January 19, 2021, Velasquez initiated this action in the State Court of Gwinnett County, Georgia.[1] Ann Taylor removed the case to this Court on March 19.[2] It invoked the Court's jurisdiciton under a diversity of citizenship pursuant to 28 U.S.C. § 1332. On April 21, Velasquez filed a stipulation agreeing to only seek damages for her alleged injuries in an amount not to exceed $75,000.[3] As such, on the same day, the parties filed their joint motion to remand this case back to the

---

[1] ECF 1-1.

[2] ECF 1.

[3] ECF 9.

state court.[4] Given Velasquez's stipulation and the parties' agreement, the Court **GRANTS** the joint motion to remand. The Clerk is **DIRECTED** to remand this case back to the State Court of Gwinnett County and close the case.

**SO ORDERED** this the 23rd day of April 2021.

Steven D. Grimberg
United States District Court Judge

---

[4] ECF 10.